BEFORE THE FIRST DIVISION, MAY 3, 1940

**No. 43627.**—Protest 922498–G of M. Pressner & Co. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) Siren whistles and horns similar to those the subject of Abstracts 39948 and 40480 at 45 percent under paragraph 397; (2) india rubber mice at 25 percent under paragraph 1537, Abstract 31963 followed; and (3) squawker balloons in part of bamboo similar to those the subject of Abstract 40493 at 45 percent under paragraph 409.

BEFORE THE SECOND DIVISION, MAY 3, 1940

**No. 43628.**—Protest 984639–G of Illfelder Importing Co. (New York).

Opinion by TILSON, J. It was agreed that certain items of the table favors in question are in part of braid. The court was unable to determine from an examination of the samples that the merchandise consists of dolls or doll clothing, or that it is a toy table favor. On the meager record presented the protest was overruled.

**No. 43629.**—Protest 958725–G of M. Pressner & Co. (New York).

Opinion by TILSON, J. On the evidence presented the claim at 90 percent under paragraph 1529 was sustained as to one item.

**No. 43630.**—Protests 284718–G, etc., of H. Mallouk & Co. (New York).

Opinion by TILSON, J. The evidence showed that certain items consist of Venice laces similar to those the subject of *Littwitz* v. *United States* (3 Cust. Ct. 123 C. D. 217). The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 43631.**—Protests 64498–G, etc., of Arnold Constable & Co. et al. (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of Normandy laces similar to those the subject of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40) and embroidered cloths, napkins, and doilies like those the subject of *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396). The claim at 75 percent under paragraph 1430 was therefore sustained.